IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE PATRICIA A. COAN

Civil Action No. 06-cv-01704-PSF-PAC

XFACTOR, LLC., a Colorado corporation,

        Plaintiff(s),

v.

ROGER CLEVELAND GOLF COMPANY, INC., a California corporation,

        Defendant(s).
_____

**ORDER SETTING
SETTLEMENT CONFERENCE**
_____

    IT IS HEREBY ORDERED that the above entitled matter is scheduled for a settlement conference on **November 7, 2006 at 3:00 p.m.** 5th Floor, of the Alfred A. Arraj United States Courthouse, Denver. **The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Settlement Conference.**

    FURTHER, IT IS ORDERED that counsel **shall have parties present** who are authorized to enter into a settlement agreement, including an adjustor if an insurance company is involved. This requirement is not fulfilled by the presence of counsel.

    In order that productive settlement discussions can be held, counsel shall submit **two** settlement documents: one to be mailed to the other party or parties, and the other to be electronically mailed only to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov. with the subject line stating "Confidential Settlement Statement" along with the case number and case caption. The Confidential Settlement statement should be submitted **in PDF** format and sent as an attachment to the e-mail. The settlement documents are to be submitted no later than **five** days before the settlement conference and shall contain confidential comments to the Magistrate Judge, any comments about perceived weaknesses in the case, and any comments which would be helpful to the Magistrate Judge in assisting the parties to reach a settlement, including authority from the client.

    Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

    The documents which are presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence that supports that side's claims and shall present a demand or offer. These documents should be submitted for the purpose of persuading clients and counsel on the other side.

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have on their person appropriate identification when entering the courthouse.

DATED September 5, 2006 at Denver, Colorado.

BY THE COURT:


s/Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge