IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01704-PSF-PAC

XFACTOR, LLC, a Colorado corporation,

    Plaintiff,

v.

ROGER CLEVELAND GOLF COMPANY, INC., a California corporation,

    Defendant.

## ORDER RESETTING RULE 16 SCHEDULING CONFERENCE

This matter is before the Court *sua sponte*. Because of a scheduling conflict on this Court's docket, it is hereby ORDERED that the scheduling conference currently set for October 10, 2006 at 9:30 a.m. is RESET to **Tuesday, October 17, 2006 at 8:30 a.m.**

    DATED:  October 4, 2006

                                                   BY THE COURT:

                                                   *s/ Phillip S. Figa*
                                                   _____
                                                   Phillip S. Figa
                                                   United States District Judge