IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01704-PSF-PAC

XFACTOR, LLC, a Colorado corporation,

    Plaintiff,

v.

ROGER CLEVELAND GOLF COMPANY, INC., a California corporation,

    Defendant.

___

## ORDER RESETTING RULE 16 SCHEDULING CONFERENCE
___

    Pursuant to a telephone conference among counsel for plaintiff, a representative of counsel for defendant, and Chambers staff, the Court hereby ORDERS that the scheduling conference currently set for October 17, 2006 at <u>8:30 a.m.</u> is RESET to Tuesday, October 17, 2006 **<u>at 1:30 p.m.</u>**

    DATED:  October 10, 2006

                                BY THE COURT:

                                *s/ Phillip S. Figa*

                                _____
                                Phillip S. Figa
                                United States District Judge