IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01704-PSF-PAC

XFACTOR, LLC, a Colorado corporation,

    Plaintiff,

v.

ROGER CLEVELAND GOLF COMPANY, INC., a California corporation,

    Defendant.

## ORDER

This matter is before the Court on Parties' Stipulation (Dkt. # 18), filed November 10, 2006.  Pursuant to the Stipulation, Defendant's Motion to Dismiss, Transfer or Stay (Dkt. # 12) is WITHDRAWN.  Defendant's responsive pleading to Plaintiff's Complaint is due on or before **November 20, 2006**.  The Court hereby RESETS the pretrial scheduling conference for **Friday, December 8, 2006 at 3:00 p.m.**  Parties are expected to file a Proposed Joint Scheduling Order **at least five days before the Scheduling Conference** that complies with the Court's instructions as set forth in this Court's Order dated August 30, 2006 (Dkt. # 3).

    DATED:  November 13, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge