IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01704-PSF-PAC

XFACTOR, LLC, a Colorado corporation,

    Plaintiff,

v.

ROGER CLEVELAND GOLF COMPANY, INC., a California corporation,

    Defendant.

___

### ORDER RE: UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT
___

The Court, having reviewed plaintiff's Unopposed Motion to File First Amended Complaint (Dkt. # 27) and being duly advised in the premises, hereby

ORDERS that the motion is GRANTED. The First Amended Complaint attached to the motion shall be deemed filed as of the date of this Order.

DATED:  December 14, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Judge